IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

CAROL MADSEN,

      Plaintiff,

Case No. 3:13-cv-819-CL

v.

CAROLYN L. COLVIN,

ORDER

      Defendant.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed Findings and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). When either party objects to any portion of a Magistrate Judge's Findings and Recommendation, the district court makes a de novo determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc., 656 F. 2d 1309, 1313 (9th Cir. 1981).

1 - ORDER

Here, plaintiff objects to the Findings and Recommendation, so I have reviewed this matter de novo. I agree with Magistrate Judge Clarke that substantial evidence supports the Commissioner's finding that plaintiff is not disabled. Accordingly, I ADOPT the Findings and Recommendation of Magistrate Judge Clarke.

### CONCLUSION

Magistrate Judge Clarke's Findings and Recommendation (#22) is adopted. The Commissioner's decision is affirmed.

IT IS SO ORDERED.

DATED this 30 day of June, 2014.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE